No. 61571.—John Gross and Company v. United States, protest 304115–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dimissed for lack of prosecution.

No. 61572.—Jack Richter Co. v. United States, protest 304127–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61573.—Robert H. Fraser v. United States, protest 304142–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court. as amended, the protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, FEBRUARY 20, 1958

No. 61574.—Barnett International Forwarders, Inc. v. United States, protest 305983–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61575.—Rohner, Gehrig & Co., Inc. v. United States, protest 306011–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61576.—Aero Sea Shipping Corporation v. United States, protest 306056–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court as amended, the protest was dismissed for lack of prosecution.

No. 61577.—Davies, Turner & Co. v. United States, protest 303947–K (New York).

Opinion by DONLON, J. The protest was dismissed.